# CRIMINAL CASE COVER SHEET    U.S. ATTORNEY'S OFFICE

Place of Offense (City & County): Chattanooga, Hamilton County

Defendant Information:

Juvenile _____ Yes __X__ No        Matter to be Sealed: _____ Yes __X__ No

Defendant Name: Teela Moore Hendrix and Anthony Brett Banks

Interpreter: No __X__ Yes _____ Language _____

Total # of Counts: _____ Petty _____ Misdemeanor (Class ____) __9__ Felony

| | ORIGINAL<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 18 USC § 2251(a) - Exploitation of a Child | 1 |
| Set 2 | 18 USC § 2252A(1) and (b)(1) and 2256(8)(A) - Transportation of Child Pornography | 2 |
| Set 3 | 18 USC § 2252(A)(a)(5) - Possession of Child Pornography | 3 |
| Set 4 | 18 USC § 48(b) – Creation of a Crush Video | 4 |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count? Y or N | New Count # | Old Count # (if applicable) |
|---|---|---|---|---|
| Set 1 | 18 USC § 2251(e) – Conspiracy to Exploit a Child | Y | 1 | |
| Set 2 | 18 USC § 2251(a) – Exploitation of a Child | N | 2 | 1 |
| Set 3 | 18 USC § 2251(a) – Exploitation of a Child | Y | 3 | |
| Set 4 | 18 USC § 2252A(1) and (b)(1) and 2256(8)(A) - Transportation of Child Pornography | N | 4 | 2 |
| Set 5 | 18 USC § 2252A(1) and (b)(1) and 2256(8)(A) - Transportation of Child Pornography | Y | 5 | |
| Set 6 | 18 USC § 2252(A)(a)(5) - Possession of Child Pornography | N | 6 | 3 |
| Set 7 | 18 USC § 48(b) – Creation of a Crush Video | N | 7 | 4 |
| Set 8 | 18 USC §2256(8) – Transportation of Child Pornography | Y | 8 | |
| Set 9 | 18 USC § 2252A(1) and (b)(1) and 2256(8)(A) - Transportation of Child Pornography | Y | 9 | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): 01/13/2020        before Judge Collier

Criminal Complaint Filed: No __X__ Yes _____ Case No. _____

Case 1:19-cr-00139-CLC-SKL   Document 16-1   Filed 11/26/19   Page 1 of 2   PageID #: 39

Related Case(s):

| Case Number | Defendant's attorney | How related |
|---|---|---|

## Criminal Informations:

Pending criminal case:   No __X__   Yes _____   Case No. _____

New Separate Case _____   Supersedes Pending Case _____

Name of defendant's attorney:  Myrlene R. Marsa, Federal Defender Services

Retained: _____   Appointed: __X__

Date: 11/26/19   Signature of AUSA: _____