UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) Case No. 1:19-cr-0139-CLC-SKL-02
v. )
)
ANTHONY BRETT BANKS )

# **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to Count Eight and Count Nine of the nine-count Superseding Indictment; (2) accept Defendant's plea of guilty to Count Eight and Count Nine of the Superseding Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count Eight and Count Nine of the Superseding Indictment; (4) defer a decision on whether to accept the amended plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter. (Doc. 103.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 103). pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not-guilty plea to Count Eight and Count Nine of the Superseding Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count Eight and Count Nine of the Superseding Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Eight and Count Nine of the Superseding Indictment;

(4) A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **March 3, 2021 at 2:00 p.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**